**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Florence Chigozie NNA, Rodney Eugene Hill, Defendants–Appellants.**

**No. 13–12196**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 29, 2014.

Steven E. Butler, Kenyen Ray Brown, Vicki M. Davis, Donna Barrow Dobbins, Michele Carstens O'Brien, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Joseph Clark Stankoski, Stankoski, LLP, Fairhope, AL, Paul David Brown, Paul D. Brown, PC, Mobile, AL, for Defendant–Appellant.

Before HULL, MARCUS and ANDERSON, Circuit Judges.

**PER CURIAM:**

Paul D. Brown, appointed counsel for Rodney Eugene Hill in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). J. Clark Stankowski, appointed counsel for Florence Chigozie Nna in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders,* 386 U.S. 738, 87 S.Ct. 1396. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsels' motions to withdraw are **GRANTED,** and Hills's and Nna's convictions and sentences are **AFFIRMED.**